UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUEST DYLAIN COTTRELL,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. C21-5013-MJP

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's pending motions (Dkts. 4 and 5) are DENIED, and petitioner's habeas petition and this action are DISMISSED, with prejudice; and

(3)    Petitioner is DENIED issuance of a certificate of appealability, and

(4)    The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 15th day of March, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE - 1